AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| BPA INTERNATIONAL, INC<br><br>*Plaintiff(s)*<br>v.<br>PAPA, INC.<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-22193-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PAPA, INC.
Registered Agent: CAPITOL CORPORATE SERVICES, INC.
515 EAST PARK AVENUE 2ND FL
TALLAHASSEE, FL 32301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph A. Osborne, Esq., Florida Bar No. 880043
J. Robert Bell III, Esq., Florida Bar No. 115918
OSBORNE & FRANCIS, PLLC, 925 S. Federal Hwy, Suite 175, Boca Raton, FL 33432; TEL: (561) 293-2600; FAX: (561) 923-8100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  05/13/2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts