# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-22193-WPD

Plaintiff:
**BPA INTERNATIONAL, INC.**

vs.

Defendant:
**PAPA, INC.**

For:
Joseph A. Osborne
OSBORNE & FRANCIS
925 S. Federal Hwy., Ste. 175,
Boca Raton, FL 33432

Received by General Services Bureau, LLC on the 14th day of May, 2025 at 9:52 am to be served on PAPA, INC., REGISTERED AGENT: CAPITOL CORPORATE SERVICES, INC., 515 EAST PARK AVE., 2ND FLOOR, TALLAHASSEE, FL 32301.

I, INA MATHERS, do hereby affirm that on the 15th day of May, 2025 at 3:38 pm, I:

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT** with the date and hour of service endorsed thereon by me to **CAPITOL CORPORATE SERVICES INC.** as **REGISTERED AGENT** at the address of **515 EAST PARK AVE., 2ND FLOOR, TALLAHASSEE, FL 32301**, by serving **TRE THURMAN** as **CUSTOMER SERVICE REP** authorized to accept service for registered agent.

I certify that I am over the age of 18, have no interest in the above action, and that I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served, "under the penalty of perjury", I declare that I have read the foregoing (document) and that the facts stated in it are true, 92.525.

**INA MATHERS**
Certified Process Server #260

**General Services Bureau, LLC**
**P.O. Box 924**
**Palm Beach, FL 33480**
**(561) 833-6587**

Our Job Serial Number: GSB-2025002403
Ref: 2403

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

